Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Sterling Hartwell Albert I I I
Yanira Margarita Albert

Debtors(s)

Chapter 13 Case Number:
11-70417-WJL13

**STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE
TO MAKE CHAPTER 13 PLAN PAYMENTS**

PURSUANT to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

SEND ADDITIONAL PAYMENT OF $485 PER MONTH FOR 6 MONTHS EFFECTIVE DECEMBER 2012, MAKING YOUR TOTAL MONTHLY PAYMENT $3,400. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE THAT ALL PAYMENTS NEED TO BE ON TIME AND IN THE FULL AMOUNT OR THE CASE WILL BE DISMISSED. DEBTOR'S PAYMENTS ARE DUE BY THE 29th OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 11-29-12

Dated: 11-29-12

Dated: 12/26/12

_Yanira Albert_
Debtor

_(signature)_
Debtor

Martha G. Bronitsky
Chapter 13 Standing Trustee

Case: 11-70417   Doc# 40   Filed: 12/28/12   Entered: 12/28/12 07:54:36   Page 1 of 2

|   | IN THE UNITED STATES BANKRUPTCY COURT |   |
|---|---|---|

In re:

Sterling Hartwell Albert I I I  
Yanira Margarita Albert

Case No.: 11-70417-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Sterling Hartwell Albert I I I  
Yanira Margarita Albert  
123 Clear Creek Court  
Martinez, CA 94553

(Debtor(s))

Patrick L Forte Atty  
1 Kaiser Plaza #480  
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 26, 2012

/s/ OLGA GONZALEZ  
OLGA GONZALEZ