

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

The following constitutes the order of the court.
Signed January 10, 2013

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Sterling Hartwell Albert I I I<br>Yanira Margarita Albert | 11-70417-WJL13 |
| Debtors(s) | |

**ORDER APPROVING**
**STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE**
**TO MAKE CHAPTER 13 PLAN PAYMENTS**

Upon consideration of the Stipulation and good cause appearing therefore;

IT IS ORDERED THAT the Stipulation on Trustees Motion to Dismiss for Failure to Make

Chapter 13 Plan Payments  filed on December 28, 2012 is approved.

END OF ORDER

1

2  Sterling Hartwell Albert I I I
   Yanira Margarita Albert
3  123 Clear Creek Court
   Martinez, CA  94553

4
   (Debtors)

5
   American Contractors Indemnity Co
6  601 S Figueroa St #1600
   Los Angeles, CA  90017

7
   American Express
   Po Box 981537
8  El Paso, TX  79998

9  American Infosource/T-Mobile/T-Mobile Usa Inc
   Po Box 248848
10 Oklahoma City, OK  73124-8848

11 Asset Acceptance/Citibank
   Po Box 2036
12 Warren, MI  48090

13 Bank Of America Fka Bac
   7105 Corporate Dr
   Ms Tx2-982-03-03  Bkry Dept
14 Plano, TX  75024

15 Bank Of America
   400 National Way Ms Ca6-919-01-23
16 Simi Valley, CA  93065

17 Cach, Llc
   370 17Th Street, Suite 5000
18 Denver, CO  80202

19 Citibank Usa - Sears
   Po Box 182149
20 Columbus, OH  43228

21 Contra Costa County Tax Coll
   Po Box 631
   Martinez, CA  94553
22

   Contra Costa County Tax Collector
23 Po Box 967
   Martinez, CA  94553

24

# COURT SERVICE LIST

1

2 Cv Fence/Natl Coll Agency
1620 School St #105
3 Moraga, CA 94556

4 Ecast Settlement Corp
Po Box 35480
5 Newark, NJ 07193-5480

6 Ecast Settlement Corporation
Po Box 35480
Newark, NJ 07193
7

Ford Motor Credit Corporation
8 National Bankruptcy Center
Po Box 6275
9 Dearborn, MI 48121

10 Ford Motor Credit
Po Box 55000 Drawer 55-953
11 Detroit, MI 48255-0953

12 Franchise Tax Board
Po Box 2952
Sacramento, CA 95812-2952
13

Frantz Wholesale Nursery
14 12161 Delaware Road
Walnut Creek, CA 94596
15

Hsbc Mortgage Services
16 Po Box 10490
Virginia Beach, VA 23450

17

Hsbc
18 Jefferson
Po Box 953165
19 Saint Louis, MO 63195

Lba Realty Fund Ii
20 C/O Horner & Singer, Llp
1646 N California Street, Suite 250
21 Walnut Creek, CA 94596

22 Lvnv Funding C/O Resurgent Cap
Po Box 10587
23 Greenville, SC 29603-0587

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Marlen
National Collections
1620 School Street #105
Moraga, CA  94556

Midland Funding Llc
By American Infosource Lp As Agent
Po Box 4457
Houston, TX  77210-4457

Oak Harbor Capital C/O Weinstein And Riley
Po Box 3978
Seattle, WA  98124-3978

Pape Material Handling Inc
2214 U Street
Sacramento, CA  95818

Pape Material Handling
C/O Law Offices Of Bret R Rossi
2214 U St
Sacramento, CA  95818

Pape
C/O Brett R. Rossi
Law Offices Of Brett R. Rossi
2214 U Street
Sacramento, CA  95818

Portfolio Recovery Assoc Llc
Po Box 12914
Norfolk, VA  23541

Portfolio Recovery Associates
Po Box 41067
Norfolk, VA  23541

Portfolio
Po Box 41067
Norfolk, VA  23541

State Board Of Equalization
Po Box 942879 Mic 55
Sacramento, CA  94279-0055

United States Treasury
Po Box 7346
Philadelphia, PA  19101-7346

## COURT SERVICE LIST

Vinteractive Llc
9548 Wellington Circle
Windsor Ca, CA  95492

Watersavers Irrigation
4306 Redwood Hwy
San Rafael, CA  94903